UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-23545-CIV-ALTONAGA/Torres

EDWARD MENDEZ

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.
_____/

**JOINT NOTICE OF SUPPLEMENTAL FILING REGARDING
PLAINTIFF'S POST-HEARING ARBITRATION BRIEFS**

Plaintiff Edward Mendez ("Plaintiff") and Defendant T-Mobile USA, Inc. d/b/a Metro by T-Mobile ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Notice of Supplemental Filing of Plaintiff's post-hearing arbitration briefs.

In light of the Court's July 9, 2024 Order on Plaintiff's Motion to Seal (ECF No. 32), the parties conferred regarding documents from the arbitration to be submitted with Plaintiff's Motion to Vacate. Plaintiff wishes to submit his two post-hearing arbitration briefs to the Court to aid the Court in rendering a decision on whether Arbitrator Reich exceeded her powers in reaching her arbitration verdict. After conferring, the parties believe that there are certain limited facts on pages 10, 15, and 16 of Claimant's March 18, 2024 Post-Hearing Brief that should be redacted because those facts refer to Confidential information that is not necessary to the determination of the Motion to Vacate. The Parties understand that, as previously cautioned, *see* Order on Pl.'s Mot. to Seal 2, the Court will not and need not review or otherwise consider the redacted facts in forming the basis of this Court's decision on Plaintiff's Motion to Vacate.

Accordingly—and consistent with the Court's directive that "portions of the documents may be redacted," *id.*—attached are:

1. Exhibit A: Plaintiff's March 18, 2024 Post-Hearing Brief.

2. Exhibit B: Plaintiff's March 26, 2024 Post-Hearing Brief.

Dated: July 17, 2024

Respectfully submitted,

<table>
<tr><td>

s/Glen H. Shrayer
Glen H. Shrayer
Florida Bar No. 57253
SHRAYER LAW FIRM, LLC
912 South Andrews Avenue
Fort Lauderdale, Florida 33316
Tel: (954) 601-3732
Email: ghs@shrayerlaw.com

*Attorneys for Plaintiff Edward Mendez*

</td><td>

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@tothfunes.com
Freddy Funes
Florida Bar No. 87932
ffunes@tothfunes.com
TOTH FUNES PA
Ingraham Building
25 Southeast Second Avenue
Suite 805
Miami, Florida 33131
(305) 717-7850

Rebecca Tingey (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020-1104
Tel: (212) 402-4013
Email: rebeccatingey@dwt.com

James H. Moon (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street
Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6819
Email: jamesmoon@dwt.com

*Attorneys for Defendant T-Mobile USA, Inc. d/b/a Metro by T-Mobile*

</td></tr>
</table>